D-9 (rev. 07/09/14)

SCANNED at PENDLETON and Emailed on
6/9/21 by KC 8 pages. (date) (initials) (num)

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTION

| Court: **United States District Court** | District: **Southern District of Indiana** |
|---|---|
| Name: Ramar Daniels | Docket or Case No.: 1:21-cv-01600-SEB-TAB |
| Place of Confinement: Pendleton Correctional Facility | Prisoner ID No.: 104542 |
| Name of Petitioner: Ramar Daniels | Name of Respondent (Superintendent having custody of petitioner): Dennis Reagle |

FILED
06/09/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

v.

The Attorney General of the State of: Indiana

# PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: Disciplinary Hearing Board (DHB), Pendleton Correctional Facility, 4490 W. Reformatory Road, Pendleton, Indiana, 46064-9001.

2. Date of judgment of conviction: 8/23/02

3. Sanction(s) imposed: Credit lost 180 days

4. Nature of all infractions (rule violations) involved: (B) 212 battery Case# WVE 02-08-0068

5. What was your plea? (Check one)
    (a) Not Guilty ☑   (c) Nolo contendre ☐
    (b) Guilty ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)
    (a) Hearing Officer ☐
    (b) Full Hearing ☐
    (c) Other Specify ☑ I got an outside charge D felony/no hearing

~ 2 ~

7. Did you testify at the disciplinary hearing? ☐ Yes ☑ No

8. Did you appeal the decision of guilt and imposition of sanctions? ☐ Yes ☑ No

9. If you did appeal, answer the following:

   (a) Name and title of institutional reviewing authority: N/A
   (b) Result of appeal: N/A
   (c) Date of result: N/A
   (d) Grounds raised: N/A
   N/A
   N/A

   (e) If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

   (i) Name and title of higher reviewing authority: _____
   (ii) Result of higher appeal: _____
   (iii) Date of result: _____
   (iv) Grounds raised: _____

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal? ☐ Yes ☐ No

11. If your answer to Question 10 was "Yes," please give the following information:

    (1) Name of court: _____
    (2) Nature of proceeding: _____
    (3) Grounds raised: _____

    (4) Did you receive an evidentiary hearing on your petition, motion or application?
        ☐ Yes ☐ No

    (5) Result: _____

D-9 (rev. 07/09/14)

(6) Date of result:_____

(7) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application?     ☐ Yes     ☐ No

(8) If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not:

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

A. Ground One: Due Process Violation

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): I was never given a hearing, I was read my rights and charged with a Class D felony, I was never given a chance to request any evidence for my defense

D-9 (rev. 07/09/14)

B. Ground Two: Insufficient Evidence

Supporting FACTS (state *briefly* without citing cases or law): I was never given any proof this person went to medical for treatment, there was never any video of the incident.
   NOTE: Prison won't give me case #

C. Ground Three: _____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

D. Ground Four:_____

_____

_____

_____

_____

Supporting FACTS (state *briefly* without citing cases or law):_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in ¶ 12A, B, C and/or D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them:_____

_____
_____
_____
_____
_____
_____
_____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

☐ Yes    ☐ No

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

a. Disciplinary hearing:_____

b. Institutional level appeal:_____

c. Higher level appeal:_____

**WHEREFORE**, Petitioner prays that the Court grant petitioner relief to which petitioner may be entitled in this proceeding.

*Ramar Daniels*
(signature)

*Ramar Daniels*
(name, printed)
Petitioner / *Pro se*

## AFFIRMATION

I, the undersigned, declare (or certify, verify, or state) under penalty of perjury that the foregoing representations are true and correct to the best of my personal knowledge and belief; and, that this Petition for Writ of Habeas Corpus was placed in the mailing system on the below executed date.

Executed on this 7 day of June, 2021

_Ra'mar Daniels_
(signature)

Ra'mar Daniels
(name, printed)
Petitioner / *Pro se*

IDOC # 104542
Pendleton Correctional Facility
4490 W. Reformatory Road
Pendleton, Indiana. 46064-9001